In the Matter of the Claim of JOHN O. JOHNSON, Respondent, against ROOSEVELT MEMORIAL ASSOCIATION, INC., et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued June 1, 1932; decided June 21, 1932.)

642

*Floyd E. Coursen* and *Frank L. Ward* for appellants.

*John J. Bennett, Jr., Attorney-General (Joseph A. McLaughlin* of counsel), for The State Industrial Board, respondent.

*Edward Robinson, Jr.,* for John O. Johnson, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.